In the Matter of the Accounting of GEORGE L. WEED et al., as Executors of CHARLOTTE BARNETT, Deceased.

In the Matter of the Petition of LILLIAN BARNETT, Respondent, to Vacate and Set Aside a Decree Judicially Settling the Accounts of GEORGE L. WEED et al., as Executors of CHARLOTTE BARNETT, Deceased.

WAYNE W. WILSON, Appellant.

*Matter of Weed*, 182 App. Div. 926, affirmed.

(Submitted May 19, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1918, which modified and affirmed as modified an order of the Kings County Surrogate's Court opening a former decree settling the accounts of the executors of Charlotte Barnett, deceased, and restating said accounts so as to surcharge said executors with the amount of a legacy by the terms of the will payable to the petitioner herein when she should arrive at the age of twenty-one years, but, as shown by said accounts, paid to the petitioner's father in her infancy.

*Alexander S. Bacon* for appellant.

*John D. Armstrong* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.   Not voting: CRANE, J.